UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN CAUDLE,<br><br>Plaintiff,<br><br>vs.<br><br>HARD DRIVE EXPRESS, INC., JAMES BETZ,<br><br>Defendants. | 2:19-CV-11445-TGB<br><br>JUDGMENT<br><br>HONORABLE<br>TERRENCE G. BERG |

For the reasons stated in the Opinion and Order entered on February 24, 2022, judgment is entered in favor of Defendants and against Plaintiff and the case is DISMISSED with prejudice

                                                  KINIKIA ESSIX
                                                  CLERK OF THE COURT

Dated: February 24, 2022        By: s/A. Chubb_____
                                               Deputy Clerk

APPROVED AS TO FORM:

/s/Terrence G. Berg_____
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE