# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**STEPHEN CAUDLE**,

   Plaintiff,

v.

**HARD DRIVE EXPRESS, INC.**
and **JAMES BETZ**,

   Defendants.

Case No. 19-cv-11445
Hon: Terrence G. Berg
Magistrate: Mona K. Majzoub

_____/

| | |
|---|---|
| MILLER COHEN, PLC | VINING LAW GROUP, PLC |
| Keith Flynn (P74192) | Guy C. Vining (P27892) |
| Attorneys for Plaintiff | Attorney for Defendants |
| 7700 Second Ave. Suite 335 | 20500 Eureka Road, Suite #300 |
| Detroit, Michigan 48226 | Taylor, Michigan 48180 |
| (313) 964-4454 | (734) 281-2050 |
| kflynn@millercohen.com | guy@vininglaw.net |

_____/

## **STIPULATED ORDER OF DISMISSAL**

The Parties, by and through their respective attorneys, have stipulated and agreed to the following and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that this matter be dismissed with prejudice and without costs and attorneys' fees to either party.

Entry of this Order resolves the last pending claim and closes the case.

Dated: June 28, 2024            s/Terrence G. Berg
                                Hon. Terrence G. Berg
                                U.S. District Judge


**IT IS SO STIPULATED**

**MILLER COHEN, P.L.C:**              **VINING LAW GROUP, PLC:**

By: */s/ Keith D. Flynn*              By: */s/Guy C. Vining (w/consent)*
 MILLER COHEN, PLC                    Guy C. Vining (P27892)
 Keith Flynn (P74192)                 Attorney for Defendants
Attorneys for Plaintiff               20500 Eureka Road, Suite #300
7700 Second Ave. Suite 335            Taylor, Michigan 48180
Detroit, Michigan  48226              (734) 281-2050
(313) 964-4454                        guy@vininglaw.net
kflynn@millercohen.com

Dated: June 21, 2024